ORIGINAL

FILED

Paid
S...

1   DAVID R. OWENS, State Bar No. 180829
    dowens@owenstarabichi.com
2   BRUNO W. TARABICHI, State Bar No. 215129    '11 OCT 11  A 11: 12
    btarabichi@owenstarabichi.com
3   OWENS TARABICHI LLP
    111 N. Market St., Suite 730                RICHARD W. WIEKING
4   San Jose, California 95113      ADR         CLERK U.S. DISTRICT COURT
    Telephone: 408.298.8200
5   Facsimile:  408.521.2203

6   Attorneys for Plaintiff
    Labrador OmniMedia, Inc.

7                        E-filing

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11                  C V 1 1 - 0 4 9 9 4    DMR

12  LABRADOR OMNIMEDIA, INC., a
    California corporation,              PLAINTIFF LABRADOR OMNIMEDIA'S
13                                       COMPLAINT FOR TRADEMARK
                 Plaintiff,              INFRINGEMENT, CYBERPIRACY, AND
14                                       UNFAIR COMPETITION

15       vs.                             DEMAND FOR JURY TRIAL

16  MIHIR PARIKH, an individual;
    TASTEVIN SYSTEMS, INC., a Delaware
17  corporation; and DOES 1 – 50, inclusive,

18               Defendants.                          BY FAX

19

20       Plaintiff Labrador OmniMedia, Inc. ("Labrador OmniMedia" or "Plaintiff"), by its

21  attorneys, Owens Tarabichi LLP, for its Complaint in this action alleges:

22                              **PARTIES**

23       1.      Labrador OmniMedia is a California corporation having its principal place of

24  business at 2849 Laguna Road, Santa Rosa, California 95401.

25       2.      Defendant Mihir Parikh is an individual who resides and/or works at 425 1st Street,

26  #5801, San Francisco, California 94105.  Mihir Parikh is the Chief Executive Officer ("CEO") of

27  Defendant TasteVin Systems, Inc. ("TasteVin Systems").

28

owens tarabichi llp
Counselors At Law                            LABRADOR OMNIMEDIA'S COMPLAINT

3.      TasteVin Systems is a Delaware corporation having its principal place of business at 425 1st Street, #5801, San Francisco, California 94105.

4.      Each of the Defendants has participated in and is in some manner responsible for the acts described in the instant Complaint and the damage resulting therefrom.

5.      Mihir Parikh is the alter ego of TasteVin Systems and there exists a unity of interest and ownership between Mihir Parikh and TasteVin Systems such that any separateness between them has ceased to exist, in that Mihir Parikh has completely controlled, dominated, managed, and operated TasteVin Systems since its formation for his own personal benefit.

6.      Plaintiff is ignorant of the true names of the other Defendants sued herein as Does 1 – 50, inclusive, and therefore, sues these Doe Defendants by such fictitious names.  Additional Doe Defendants are likely to include, among others, any individual owners or officers of TasteVin Systems.  Plaintiff will amend this Complaint to allege their true names and capacities when ascertained.  Plaintiff is informed and believes and, on that basis, alleges that each such fictitiously named Doe Defendant is responsible in some manner for Plaintiff's losses and damages, as alleged herein, and that Plaintiff's losses and damages were proximately caused by such conduct.

## DOMAIN NAME REGISTRAR, REGISTRY, AND RECORDS

7.      The domain name registrar for the tastevinsystems.com domain name is GoDaddy.com, Inc., an Arizona corporation with its principal place of business at 14455 N. Hayden Road, Suite 219, Scottsdale, Arizona 85260.

8.      The domain name registry for the tastevinsystems.com domain name is VeriSign, Inc., a Delaware corporation having its principal place of business at 487 East Middlefield Road, Mountain View, California 94043.

9.      GoDaddy.com, Inc.'s records for the tastevinsystems.com identify the registrant of the domain name as TasteVin Systems with an address at 425 1st Street, Unit 5801, San Francisco, California 94105.  A true and correct copy of the WHOIS data for the tastevinsystems.com domain name is attached hereto as Exhibit A.

1

**JURISDICTION AND VENUE**

2    10.    This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331,

3    1338(a) and (b), 15 U.S.C. § 1121, and 28 U.S.C. § 1367, as this action involves substantial

4    claims arising under the U.S. Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*,

5    combined with related and supplemental claims for unfair competition.

6    11.    Defendants Mihir Parikh and TasteVin Systems are subject to personal jurisdiction

7    in this district because Defendants conduct regular and systematic business in California and

8    Plaintiff's causes of action contained herein arise out of or result from Defendants' purposeful

9    availment of the privilege of conducting activities with or within the State of California.

10    12.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c)

11    because Defendants Mihir Parikh and TasteVin Systems reside in this judicial district and a

12    substantial part of the events or omissions giving rise to the claims occurred in this judicial

13    district.

14

**INTRADISTRICT ASSIGNMENT**

15    13.    Pursuant to N.D. Civil Local Rule 3-2(c), this is an intellectual property action

16    subject to district-wide assignment.

17

**FACTS RELEVANT TO ALL CLAIMS**

18    14.    Labrador OmniMedia is a privately held software and media company that focuses

19    on the wine and spirits industry. Among other things, Labrador OmniMedia provides an iPad

20    application that helps restaurants manage their wine and alcohol inventory and also recommends

21    meal and alcohol pairings to their patrons.

22    15.    Labrador OmniMedia's iPad application is marketed and sold under the

23    TASTEVIN trademark. In this regard, Labrador OmniMedia filed U.S. Application Serial

24    No. 85/423,957 with the U.S. Patent and Trademark Office ("USPTO") for the TASTEVIN

25    trademark in connection with "computer application software for mobile phones and tablet

26    computers that provides information regarding alcohol and food." A true and correct copy of a

27    printout from the USPTO's website of the record for U.S. Application Serial No. 85/423,957 is

28    attached hereto as Exhibit B.

16.     In addition to its USPTO application for the TASTEVIN trademark, Labrador OmniMedia also owns common law rights in the TASTEVIN trademark by virtue of its use of the TASTEVIN trademark at *least* as early as April 20, 2011.

17.     Subsequent to Labrador OmniMedia's first use of the TASTEVIN trademark in connection with its iPad application, Defendants Mihir Parikh and TasteVin Systems registered the tastevinsystems.com domain name.

18.     Defendants Mihir Parikh and TasteVin Systems then proceeded to use the tastevinsystems.com domain name to advertising a competing iPad application called PairingPad, which provides patrons with detailed information about food and wines—just like Labrador OmniMedia's TASTEVIN™ iPad application. However, Defendants Mihir Parikh and TasteVin Systems also proceeded to use the TASTEVIN trademark in connection with their marketing and sales efforts of their PairingPad application. Defendants Mihir Parikh and TasteVin Systems' unauthorized trademark use of the TASTEVIN designation in connection with their competing iPad application is evidenced on their website where the TASTEVIN designation is prominently used as a trademark at the top left corner of their website. A true and correct printout from Defendants' website is attached hereto as Exhibit C.

19.     On September 26, 2011, in an effort to resolve this matter without litigation, Labrador OmniMedia sent a cease and desist letter to Defendants Mihir Parikh and TasteVin Systems. The cease and desist letter informed them of Labrador OmniMedia's superior rights in the TASTEVIN trademark and the fact that their unauthorized use of the identical TASTEVIN designation in connection with virtually identical goods creates a likelihood of confusion among consumers, thereby constituting trademark infringement. A true and correct copy of Labrador OmniMedia's September 26, 2011 cease and desist letter is attached hereto as Exhibit D.

20.     On September 29, 2011, Defendants Mihir Parikh and TasteVin Systems responded to the cease and desist letter by email. Despite admitting that their alleged use of the TASTEVIN designation was subsequent to that of Labrador OmniMedia's use, Defendants Mihir Parikh and TasteVin Systems refused to cease their infringing use of TASTEVIN. A true and

owens tarabichi llp
Counselors At Law

4          LABRADOR OMNIMEDIA'S COMPLAINT

1  correct copy of Defendants Mihir Parikh and TasteVin Systems' September 29, 2011 email is

2  attached hereto as Exhibit E.

3      21.    Labrador OmniMedia's common law trademark rights in the TASTEVIN

4  trademark predate any trademark use by Defendants Mihir Parikh and TasteVin Systems' of the

5  TASTEVIN designation.

6      22.    Notwithstanding Defendants Mihir Parikh and TasteVin Systems' knowledge of

7  Labrador OmniMedia's prior rights in the TASTEVIN trademark, Defendants Mihir Parikh and

8  TasteVin Systems have adopted and are using the identical TASTEVIN designation to distribute,

9  sell, offer for sale, promote, and/or otherwise advertise their directly competing software in

10  California and throughout the United States with the deliberate and calculated intent to trade on

11  the goodwill and reputation symbolized by Plaintiff and its products to confuse and mislead the

12  public, causing mistakes in consumer purchasing. Because the marks are identical, there is no

13  difference in sight, sound, or meaning between the marks. Moreover, Defendants Mihir Parikh

14  and TasteVin Systems sell an iPad application that directly competes with Plaintiff's iPad

15  application, is sold through the same trade channels as Plaintiff's product, and is directed to the

16  same general class of purchasers as Plaintiff's product. This creates a likelihood of confusion and

17  constitutes trademark infringement.

18                          **FIRST CLAIM FOR RELIEF**
                           **TRADEMARK INFRINGEMENT**
19              **UNDER § 43(a) OF THE LANHAM ACT (15 U.S.C. § 1125(a))**

20

21      23.    Paragraphs 1–22, above, are realleged and incorporated by reference as if set forth

22  in full.

23      24.    Labrador OmniMedia owns common law trademark rights in the TASTEVIN

24  trademark in connection with software that provides information regarding alcohol and food and,

25  more specifically, in connection with an iPad application that that helps restaurants manage their

26  wine and alcohol inventory and also recommends meal and alcohol pairings to their patrons.

27      25.    Labrador OmniMedia's common law trademark rights in the TASTEVIN

28  trademark predate any trademark use by Defendants Mihir Parikh and TasteVin Systems' of the

owens tarabichi llp
Counselors At Law

LABRADOR OMNIMEDIA'S COMPLAINT

1   TASTEVIN designation.

2       26.    Defendants Mihir Parikh and TasteVin Systems' adoption and use of the

3   TASTEVIN designation to promote and sell a directly competing iPad application is likely to

4   cause confusion, mistake, and/or deceive consumers as to affiliation, connection, or association in

5   violation of 15 U.S.C. § 1125(a).

6       27.    Defendants Mihir Parikh and TasteVin Systems' aforesaid acts have caused and

7   will continue to cause Labrador OmniMedia to suffer damages and irreparable injury, and unless

8   such acts are restrained by this Court, they will be continued and Labrador OmniMedia will

9   continue to suffer damages and irreparable injury.

10   **SECOND CLAIM FOR RELIEF**
**CYBERPIRACY**

11   **UNDER § 43(d) OF THE LANHAM ACT (15 U.S.C. § 1125(d))**

12

13       28.    Paragraphs 1–27, above, are realleged and incorporated by reference as if set forth

14   in full.

15       29.    Defendants Mihir Parikh and TasteVin Systems' unauthorized registration and use

16   of the tastevinsystems.com domain name violates the federal Anticybersquatting Consumer

17   Protection Act of 1999, as amended, 15 U.S.C. § 1125(d).

18       30.    Defendants Mihir Parikh and TasteVin Systems' registration and use of the

19   tastevinsystems.com domain name constitutes a bad faith intent to profit from Labrador

20   OmniMedia's TASTEVIN trademark. This is evident by, among other things, the fact that

21   Defendants are using the tastevinsystems.com domain name, which wholly incorporates

22   Plaintiff's TASTEVIN trademark, to promote and sell a directly competing product; the fact that

23   Defendants do not have any trademark or other intellectual property rights in the

24   tastevinsystems.com domain name; and Defendants' intent to divert consumers from Labrador

25   OmniMedia.

26       31.    Defendants Mihir Parikh and TasteVin Systems' registration and use of the

27   tastevinsystems.com domain name constitutes registering, trafficking in, and using a domain

28   name that is identical or confusingly similar to Labrador OmniMedia's TASTEVIN trademark in

owens tarabichi llp
Counselors At Law

6      LABRADOR OMNIMEDIA'S COMPLAINT

1   violation of Labrador OmniMedia's rights.

2       32.    Defendants Mihir Parikh and TasteVin Systems' aforesaid acts have caused and

3   will continue to cause great and irreparable injury to Labrador OmniMedia and, unless such acts

4   are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and

5   irreparable injury.

6                            **THIRD CLAIM FOR RELIEF**
                                **UNFAIR COMPETITION**
7        **UNDER § 17200 OF THE CALIFORNIA BUSINESS & PROFESSIONS CODE**

8

9       33.    Paragraphs 1–32, above, are realleged and incorporated by reference as if set forth

10  in full.

11      34.    Defendants Mihir Parikh and TasteVin Systems' unauthorized use of the

12  TASTEVIN designation violates California's unfair competition law, California Business and

13  Professions Code §§ 17200 *et seq.*, because it constitutes unfair, unlawful, and fraudulent

14  conduct.

15      35.    Defendants Mihir Parikh and TasteVin Systems' conduct is unfair because their

16  unauthorized use of the TASTEVIN designation allows them to unjustly benefit from the

17  goodwill and reputation that is associated with Labrador OmniMedia's goods provided under the

18  TASTEVIN trademark.

19      36.    Defendants Mihir Parikh and TasteVin Systems' conduct is unlawful because their

20  unauthorized use of the TASTEVIN designation violates at least 15 U.S.C. §§ 1125(a) and

21  1125(d) as described in this Complaint.

22      37.    Defendants Mihir Parikh and TasteVin Systems' conduct is fraudulent because

23  their unauthorized use of the TASTEVIN designation is likely to deceive, and may have already

24  deceived, the general public as to whether the goods offered by Defendants are sponsored,

25  licensed, affiliated, or otherwise authorized or approved by Labrador OmniMedia.

26      38.    Defendants Mihir Parikh and TasteVin Systems' aforesaid acts have caused and

27  will continue to cause great and irreparable injury to Labrador OmniMedia and, unless such acts

28  are restrained by this Court, they will be continued and Plaintiff will continue to suffer great and

1    irreparable injury.

2                           **PRAYER FOR RELIEF**

3         WHEREFORE, Plaintiff prays for judgment against Defendants and relief as follows:

4         (i)      that Defendants be preliminary and permanently enjoined from using names or

5    marks confusingly similar to Plaintiff's TASTEVIN trademark;

6         (ii)     that Defendants be ordered to deliver up for destruction all advertisements,

7    packaging, labels, and other articles bearing any marks that infringe Plaintiff's TASTEVIN

8    trademark;

9         (iii)    that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover Defendants' profits and

10   such sums in addition thereto as the Court shall find just;

11        (iv)     that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover the damages sustained in an

12   amount to be proven at trial;

13        (v)      that pursuant to 15 U.S.C. § 1117(a), Plaintiff recover the costs of this action,

14   including reasonable attorneys' fees and interest;

15        (vi)     that pursuant to 15 U.S.C. § 1117(d), Defendants be required to pay Plaintiff

16   $100,000 in statutory damages;

17        (vii)    that Defendants be required to pay Plaintiff restitution in the amount of all monies

18   obtained from their violations of §§ 17200 *et seq.* of the California Business and Professions

19   Code; and

20        (viii)   such other and further relief that this Court may deem just and equitable.

21   Dated: October 10, 2011                      Respectfully submitted,

22                                                OWENS TARABICHI LLP

23

24

25   By _____
                                                 David R. Owens
26                                               Bruno W. Tarabichi
                                                 Attorneys for Plaintiff
27                                               Labrador OmniMedia, Inc.

28

owens tarabichi llp
Counselors At Law                    8          LABRADOR OMNIMEDIA'S COMPLAINT

1

## DEMAND FOR JURY TRIAL

2      Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Rule 3-6(a) of the Civil

3   Local Rules of the Northern District of California, Plaintiff demands a jury trial.

4

5   Dated: October 10, 2011                          Respectfully submitted,

6                                                    OWENS TARABICHI LLP

7

8                                                    By _____

9                                                    David R. Owens
                                                     Bruno W. Tarabichi
10                                                   Attorneys for Plaintiff
                                                     Labrador OmniMedia, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

owens tarabichi llp
Counselors At Law

9                    LABRADOR OMNIMEDIA'S COMPLAINT

# EXHIBIT A

Go Daddy.com
Domains, websites & everything in between!
Username / Customer# Password Log In Forgot Password? | Create Account USD empty
Deals of the Day
24/7 Sales & Support (480) 505-8877
Hablamos Español
Our Commercials | Bob's Video Blog | Help & Forums | WHOIS Domain Check
Domains Hosting Email Websites Search Engines SSL & Security Resellers Affiliates Auctions My Account

TASTEVINSYSTEMS.COM
(Registered)

Is this your domain? GO! Add hosting, email and more.
Want to buy this domain? GO! Get it with our Domain Buy service.

The data contained in GoDaddy.com, Inc.'s WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
TasteVin Systems

425 1st St
Unit 5301
San Francisco, California 94105
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: TASTEVINSYSTEMS.COM
Created on: 30-Apr-11
Expires on: 30-Apr-13
Last Updated on: 29-Jul-11

Administrative Contact:
parikh, m mparikh@mp-assoc.com
TasteVin Systems
425 1st St
Unit 5801
San Francisco, California 94105
United States
4082036869

Technical Contact:
parikh, m mparikh@mp-assoc.com
TasteVin Systems
425 1st St
Unit 5801
San Francisco, California 94105
United States
4082036869

Domain servers in listed order:
NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

## NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand against internet squatters who could try to buy up these names in the hopes of selling them to you at an inflated price. It also enables you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| | | |
|---|---|---|
| **Alternate TLDs** | | |
| tastevinsystems.co | SAVE! | $17.99/yr |
| tastevinsystems.info | SAVE! | $1.99*/yr |
| tastevinsystems.net | SAVE! | $9.99*/yr |
| tastevinsystems.org | SAVE! | $6.99*/yr |
| tastevinsystems.us | SAVE! | $3.99/yr |
| tastevinsystems.ca | SAVE! | $8.99/yr |
| tastevinsystems.mobi | SAVE! | $6.99*/yr |
| tastevinsystems.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| BurglarSystem.net | | $450.00* |
| DoorAlarmSystems.com | | $1,599.00* |
| MicroAlarmSystems.com | | $999.00* |
| TasteIt.net | | $1,288.00* |
| TasteIt.org | | $788.00* |
| TasteSite.com | | $2,488.00* |
| **Similar Domains** | | |
| thetastevinsystems.com | | $11.99*/yr |
| tastevinsystemssite.com | | $11.99*/yr |
| mytastevinsystems.com | | $11.99*/yr |
| tastevinsystemsonline.com | | $11.99*/yr |
| newtastevinsystems.com | | $11.99*/yr |
| tastevinsystemsstore.com | | $11.99*/yr |
| freetastevinsystems.com | | $11.99*/yr |
| tastevinsystemsnow.com | | $11.99*/yr |

ADD TO CART

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| renewalsystems.com<br>Ends on: 11/18/2011 12:00:00 AM PDT | $1,000.00* |
| affordablesoftwaresystems.com<br>Ends on: 11/13/2011 12:00:00 AM PDT | $950.00* |
| hbsystems.net<br>Ends on: 10/31/2011 7:19:00 PM PDT | $888.00* |
| importsystems.com<br>Ends on: 10/31/2011 7:06:00 PM PDT | $2,800.00* |
| docsystems.com<br>Ends on: 10/31/2011 9:51:00 AM PDT | $2,800.00* |
| fashionsystems.com<br>Ends on: 10/31/2011 9:28:00 AM PDT | $2,488.00* |

VIEW LISTING

**Learn more about**

Private Registration
Deluxe Registration
Business Registration
Protected Registration



GoDaddy.com has been active in combating Internet crime and abuse. GoDaddy.com lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal ramifications that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may even warn the site owner or shut down the Web site altogether.

- If you come across your own original content (reproduced without permission) on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

- If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

- If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

Search the GoDaddy.com WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. The registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

Although it often appears "WHOIS" or "Whois" is not an acronym. It means literally "Who is", referring to the searchable database that stores domain information for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.




Copyright © 1999 - 2011 GoDaddy.com, Inc. All rights reserved

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011
Legal      Privacy Policy

## Our Partners

     

| Account Manager | Shopping | Resources | Help & Support | About Go Daddy | Sign Up For Special Offers |
|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | News Releases |
| My Renewals | Product Catalog | WHOIS search | Go Daddy Community | Discussion Forums | Careers |
| My Upgrades | Product Advisor | ICANN Confirmation | Help and Guides | User Groups | Marketing Opportunities |
| Account Settings | Go Daddy Gear | Affiliates | Submit Support Ticket | Customer Testimonials | Security Center |
| Customer Information | Go Daddy Mobile | Legal | Site Suggestions | .ME Scholarship | Scholarship |
| Order History | Gift Cards | Commercial Contests | Report Spam | Round Up for Charity | |
| Create Account | Deals of the Day | Site Map | Go Daddy Scoop | | |

Your Email & Your Website.com



Search for another domain name in the WHOIS database

| Enter a domain name to search | .com ▲ | SEARCH |
|---|---|---|

*This ICANN fee of $0.18 per domain name year.
°CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.



# EXHIBIT B





**United States Patent and Trademark Office**

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 24 04:35:46 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP | | CURR LIST

| | | | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: _____ OR Jump | to record: _____ **Record 1 out of 12**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Tastevin

| | |
|---|---|
| **Word Mark** | **TASTEVIN** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer application software for mobile phones and tablet computers that provides information regarding alcohol and food. FIRST USE: 20110420. FIRST USE IN COMMERCE: 20110813 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85423957 |
| **Filing Date** | September 15, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Labrador OmniMedia, Inc. CORPORATION CALIFORNIA 2849 Laguna Road Santa Rosa CALIFORNIA 95407 |
| **Attorney of Record** | Bruno Tarabichi |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Case4:11-cv-04994-DMR Document1 Filed10/11/11 Page15 of 22

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |

| | | | NEXT DOC | LAST DOC | | | | | |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

Case4:11-cv-04994-DMR   Document1   Filed10/11/11   Page17 of 22

 TasteVin

⌂  ✉

HOME          ABOUT US          MY ACCOUNT          CONTACT US



## Boost Wine Sales and Profits with PairingPad™

Learn More

### News Headlines

TasteVin Systems, Inc. Announces the Limited Release of PairingPad™, an interactive iPad menu for restaurants and wine bars that will increase wine sales and profit.

**Find Out More**

Users of interactive menu technology report immediate increases in wine sales between 11% and 20%.

**Find Out More**



**PairingPad**

An elegant food and wine menu that happens to be interactive.

**Fun and Engaging**

PairingPad provides patrons with detailed information about your food and wines. They will enjoy selecting from your wine list.

**Increase Wine Sales**

Patrons see which wines pair best with menu items, and learn about the variety of wines you offer. PairingPad helps entice patrons to buy a bottle rather than just a glass or upsell other brands.

**Simply Elegant**

Unlike other interactive menus, the PairingPad is quick and easy to setup, requires no change to your operations and menu changes are a snap.



Copyright TasteVin Systems, Inc. 2011, All Rights Reserved.

# EXHIBIT D



owens tarabichi llp
Counselors At Law

111 N. Market St., Suite 730
San Jose, CA 95113
Tel: 408-298-8200
Fax: 408-521-2203
www.owenstarabichi.com

**Bruno W. Tarabichi**
408-298-8204
btarabichi@owenstarabichi.com

September 26, 2011

*By First Class Mail and Email*

Mihir Parikh
Tastevin Systems, Inc.
425 First Street #5801
San Francisco, CA 94105

Re:  Tastevin Systems' Unauthorized Use of the TASTEVIN Trademark

Dear Mr. Parikh:

We represent Labrador OmniMedia, Inc. in trademark and unfair competition matters. As you
know, Labrador OmniMedia provides an iPad app under the TASTEVIN trademark that helps
restaurants manage their wine and alcohol inventory and also recommends meal and alcohol
pairings to their patrons.

In this regard, Labrador OmniMedia owns U.S. Trademark Application Serial No. 85/423,957
for the TASTEVIN mark in connection with "computer application software for mobile phones
and tablet computers that provides information regarding alcohol and food." A copy of U.S.
Trademark Application Serial No. 85/423,957 is enclosed for your reference. This application
evidences Labrador OmniMedia's exclusive right to use the TASTEVIN trademark for the goods
set forth in the application. In addition, the TASTEVIN trademark is already recognized in the
industry as identifying Labrador OmniMedia and represents substantial goodwill.

It has come to our attention that Tastevin Systems, Inc. has adopted TASTEVIN as part of its
corporate name and domain name and is using the TASTEVIN trademark in connection with its
PAIRINGPAD iPad app for food and wine pairings. Tastevin Systems' use of the TASTEVIN
designation as a corporate name and in connection with goods that directly compete with those
provided by Labrador OmniMedia is likely to cause confusion, mistake, and deception among
consumers such that they will believe that Tastevin Systems' goods are Labrador OmniMedia's
goods or are otherwise sponsored, licensed, or authorized by Labrador OmniMedia.

Tastevin Systems' unauthorized use of the TASTEVIN trademark capitalizes on Labrador
OmniMedia's goodwill and constitutes, among other things, federal trademark infringement

Mihir Parikh
Tastevin Systems, Inc.
September 26, 2011
Page 2

under 15 U.S.C. § 1125, and related legal violations under the laws of various states, including California. Please note that Tastevin Systems' infringing use of the TASTEVIN trademark, particularly with notice, could subject Tastevin Systems to a finding of willful infringement and liability to Labrador OmniMedia for treble damages, as well as costs and attorneys' fees for bringing a lawsuit to rectify the situation.

Although we assume Tastevin Systems' use of the TASTEVIN trademark is unintentional, Labrador OmniMedia must protect the substantial investment it has made in its TASTEVIN trademark against such unauthorized use. Accordingly, we hereby demand that by **Friday, October 14, 2011**, Tastevin Systems: (1) cease all use of the TASTEVIN designation, including as a corporate name and domain name, and (2) refrain from adopting and using the TASTEVIN trademark or any trademark in the future that is confusingly similar to Labrador OmniMedia's TASTEVIN trademark. Tastevin Systems' agreement to settle on this basis may be provided by signing and returning to us the enclosed copy of this letter.

Although Labrador OmniMedia desires to resolve this matter amicably, you should note that this proposal is for settlement purposes only and is without prejudice to its rights in this matter. In the absence of a favorable response, we will recommend that Labrador OmniMedia take appropriate action to protect its rights in the TASTEVIN trademark and to collect all damages, profits, costs, and attorneys' fees allowed by law.

We look forward to your prompt reply.

Sincerely,

Bruno W. Tarabichi

Agreed:

_____
Tastevin Systems, Inc.

Name:    _____

Title:    _____

Date:    _____

# EXHIBIT E

## Bruno Tarabichi

| | |
|---|---|
| **From:** | mparikh@mp-assoc.com |
| **Sent:** | Thursday, September 29, 2011 7:05 PM |
| **To:** | Bruno Tarabichi |
| **Subject:** | RE: Unauthorized Use of the TASTEVIN Trademark |

Mr. Tarabichi

My attorneys and I have reviewed your e-mail letter. Our response is as follows:

(1) TasteVin Systems, Inc. was incorporated on November 16, 2010 and has been conducting business under that name continuously since that date. In no way was the name selected to trade on the reputation of any product or service of Labrador Omnimedia.

(2) We have been working with customers on our application since early 2011, and have not received any comments suggesting any confusion with your client's application. Therefore, we intend to continue executing to our plans in good faith and do not anticipate any confusion in the marketplace.

(3) If your client remains concerned, we are willing to consider alternative proposals, but uncompensated cessation of use of our name is not an option.

Mihir Parikh

---

**From:** Bruno Tarabichi [mailto:btarabichi@owenstarabichi.com]
**Sent:** Monday, September 26, 2011 4:28 PM
**To:** mparikh@mp-assoc.com
**Subject:** Unauthorized Use of the TASTEVIN Trademark

Mr. Parikh,

Attached is an updated copy of the letter addressed to you rather than Mr. Compian.

Best,

**Bruno Tarabichi** | Partner
owens tarabichi llp | Counselors At Law
111 N. Market St., Suite 730 | San Jose, CA 95113
408.298.8204 (direct) | 408.521.2203 (fax)
www.owenstarabichi.com

---

**IMPORTANT NOTICE REGARDING RECEIPT OF THIS EMAIL**
This message may be protected by the attorney-client privilege and may contain confidential information. If you are not an intended recipient or if you have received this message in error, you may not review, copy, or distribute this message. In this case, please notify the sender immediately by email and delete the original email and any copies. Your cooperation is appreciated.