UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABRADOR OMNIMEDIA, INC., | Case No.: C-11-04994-YGR |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| MIHIR PARIKH, et al., | |
| Defendants. | |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 16, 2012 at 2:00 p.m. |
| MEDIATION DEADLINE: | April 4, 2012 (previously set) |
| NON-EXPERT DISCOVERY CUTOFF: | July 16, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: July 31, 2012 |
| | Rebuttal: August 15, 2012 |
| EXPERT DISCOVERY CUTOFF: | September 14, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | November 20, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, December 28, 2012 |
| PRETRIAL CONFERENCE: | Friday, January 11, 2013 at 9:00 a.m. |
| TRIAL DATE: | Tuesday, January 22, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | TBD days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated:  February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**