# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABRADOR OMNIMEDIA, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>MIHIR PARIKH, et al.,<br><br>  Defendants. | Case No.: C-11-04994-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands, based upon the representations of the parties, that the parties have agreed to a settlement in principle. (Dkt. No. 23.) The parties have further represented that they need additional time to finalize and execute a settlement agreement, which they anticipate completing prior to May 14, 2012. Accordingly, the Case Management Conference scheduled for April 16, 2012 is hereby **VACATED**. A compliance hearing shall be held on Friday, May 18, 2012 on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Dkt. No. 23.

**IT IS SO ORDERED**.

Dated: April 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**