**DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI**, State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California 95113
Telephone:  408.298.8200
Facsimile:  408.521.2203

Attorneys for Plaintiff
Labrador OmniMedia, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LABRADOR OMNIMEDIA, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>MIHIR PARIKH, an individual; TASTEVIN SYSTEMS, INC., a Delaware corporation;  and DOES 1 – 50, inclusive,<br><br>            Defendants. | Case No. 4:11-cv-04994-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER<br><br>Case Filed:  October 11, 2011<br>Judge:        Yvonne Gonzales Rogers |

Plaintiff Labrador OmniMedia, Inc. and Defendants Mihir Parikh and Tastevin Systems, Inc. hereby stipulate and agree to dismiss all claims asserted in this case with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

Dated: May 11, 2012

Respectfully submitted,

OWENS TARABICHI LLP

By   /s/ Bruno W. Tarabichi
    David R. Owens
    Bruno W. Tarabichi
    Attorneys for Plaintiff
    Labrador OmniMedia, Inc.

Dated: May 11, 2012

Respectfully submitted,

CARR & FERRELL LLP

By   /s/ Stuart C. Clark
    Stuart C. Clark
    Attorneys for Defendants
    Mihir Parikh & Tastevin Systems, Inc.

Dated: May 15, 2012

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]